IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TROY ANTOINE NIXON, JR. | : | CASE NO. 22-40641-EJC |
| Debtor | : | |
| PERFORMANCE FINANCE | : | CONTESTED MATTER |
| Movant | : | |
| v. | : | |
| TROY ANTOINE NIXON, JR., Debtor; and O. BYRON MEREDITH, III, Trustee, | : | |
| Respondents | : | |

## AFFIDAVIT OF DEFAULT

Personally appeared, __Claud Argall__, who testifies under oath and of his or her own personal knowledge as follows:

1.

I am more than eighteen (18) years of age, under no legal disability, and at all times material to this action was and am a Bankruptcy Specialist with Performance Finance.

2.

I am giving this Affidavit pursuant to the Motion for Relief from Automatic Stay filed by Movant and the Order on the Motion for Relief entered on January 10, 2023, in this case.

3.

In my capacity as a Bankruptcy Specialist for Movant, I have personal knowledge of this matter.

4.

This Court entered an Order on Movant's Motion For Relief From Automatic Stay on January 10, 2023, which states: Post petition arrearage is $1,514.46 through the December 1, 2022 payment due date. Debtor shall pay Movant the sum of $1,514.46 on or before January 15, 2023, which sum shall be applied to the arrearage. Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning January 1, 2023 and maintain current monthly payments thereunder for the pendency of the case.

5.

Since the entry of the Order on the Motion for Relief on January 10, 2023, Debtor has become delinquent with the terms of the Order. As of February 3, 2023, Debtor is delinquent $519.28 per the order.

6.

Pursuant to the Order, Movant presents this Affidavit of Default to the Court, with a Proposed Order granting relief from the automatic stay, with service of same on the Debtor and Debtor's counsel.

7.

In accordance with the Order, Movant requests that the Court enter an Order vacating the automatic stay without further notice or hearing so as to allow Movant to exercise its rights in

and to its Collateral.

FURTHER AFFIANT SAYETH NAUGHT.

This 6th day of February, 2023.

_____ (Sign name)

Bankruptcy Coordinator for Movant

Sworn to and Subscribed
before me this 6th day
of February, 2023.



ASHLEY SWEET
Notary Public, State of Nevada
Appointment No. 18-2175-2
My Appt. Expires Mar 29, 2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TROY ANTOINE NIXON, JR. | : | CASE NO. 22-40641-EJC |
| Debtor | : | |
| PERFORMANCE FINANCE | : | CONTESTED MATTER |
| Movant | : | |
| v. | : | |
| TROY ANTOINE NIXON, JR., Debtor; and O. BYRON MEREDITH, III, Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served a copy of the AFFIDAVIT OF DEFAULT and PROPOSED ORDER electronically. Those not served electronically have been served by depositing same in the United States Mail in properly addressed envelopes with adequate postage thereon on the following persons or entities at the addresses stated:

Troy Antoine Nixon, Jr.
1910 Salisbury Way
Hinesville, GA 31313-9415

Daniel Christian Jenkins
24 Drayton St. Suite 315
Savannah, GA 31401

O. Byron Meredith, III
Chapter 13 Trustee
P.O. Box 10556
Savannah, GA 31412

This February 6, 2023

                                      The Law Office of
                                      LEFKOFF, RUBIN, GLEASON, RUSSO &
                                      WILLIAMS, P.C.
                                      Attorneys for Movant


                                      By: /s/ Philip L. Rubin
                                            Philip L. Rubin
                                            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com