**IT IS ORDERED as set forth below:**



**Date: March 1, 2023**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| TROY ANTOINE NIXON, JR., | : | CASE NO. 22-40641-EJC |
| | : | |
| Debtor | : | |
| — — — — — — — — — — — | : | |
| PERFORMANCE FINANCE, | : | |
| | : | |
| Movant | | |

**ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY AFTER DEFAULT**

Movant, the Performance Finance, a creditor in the above-captioned matter has filed an affidavit asserting that the Debtor has defaulted under the terms of a strict compliance order of this Court entered on January 10, 2023. Fourteen (14) days having expired without the filing of a counter affidavit by the Debtor disputing the fact of default, IT IS HEREBY

ORDERED that the Motion for Relief from Stay filed on behalf of the above-named Movant is granted as to the following Collateral, to wit: 2016 VICTORY MOTORCYCLES CROSS.

[END OF DOCUMENT]

Approved for entry:

/s/ Philip L. Rubin
PHILIP L. RUBIN, GA BAR 618525
Lefkoff, Rubin, Gleason, Russo & Williams, PC
5555 Glenridge Connector, Suite 900
Atlanta, GA 30342
404-869-6900
prubin@lrglaw.com
Secured Creditor's Attorney